UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES )
)
*Plaintiff,* )  Civil Action No. 2:24-cv 01768-BWA-KWR
v. )
)  Judge Barry W. Ashe
CITY OF NEW ORLEANS, et al. )  Magistrate Judge Karen Wells Roby
)
*Defendants.* )
)
)

## MOTION FOR ADMISSION *PRO HAC VICE* FOR DAVID B. OWENS

NOW COMES William Most, a member of the bar of this Court and counsel of record for Plaintiff Larry Moses, seeking an order permitting David B. Owens, Esq., of Loevy & Loevy, to enter his appearance for Plaintiff Larry Moses.

Pursuant to Local Rule 83.2.5, attached hereto as Exhibit 1 is a recent certificate of good standing for David B. Owens from the Supreme Court of the State of Washington; attached as Exhibit 2 is the declaration of David B. Owens; and attached as Exhibit 3 is the completed Consent to Electronic Filing Form.

WHEREFORE, William Most respectfully requests that this Court enter an order granting David B. Owens permission to enter his pro hac vice appearance and to appear as co-counsel for Plaintiff.

Dated: July 17, 2024

Respectfully submitted,

*/s/ William Most*
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES

1

201 St. Charles Ave., Ste 2500, #9685
New Orleans, LA 70170
T: (504) 509- 5023
williammost@gmail.com