UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

# ORDER

Considering the motion of plaintiff Larry Moses to admit David B. Owens *pro hac vice* (R. Doc. 6),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that David B. Owens is admitted to appear *pro hac vice* as co-counsel of record for the plaintiff in the captioned matter.

New Orleans, Louisiana, this 18th day of July, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE