AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-01768 M(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James (Jimmy) Anderson was received by me on *(date)* October 1, 2024, 11:56 am.

[X] I personally served the summons on the individual at *(place)* his place of residence, a single-family home at 5223 Courtyard Drive, Gonzales, LA 70737, in Ascension Parish on *(date)* Wednesday, October 2 2024 6:42 pm ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 0 for travel and $ 243.00 for services, for a total of $243.00.

I declare under penalty of perjury that this information is true.

Date: 10/1/2024

*Server's signature*

Herbert Battistella, Process Server
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC…………....………………
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………
225-756-2537 • www.BatonRougeProcessServer.com
*Server's address*

Additional information regarding attempted service, etc.:

Successful Service: Oct 1, 2024, 6:42 pm CDT at James (Jimmy) Anderson - Home: 5223 Courtyard Drive, Gonzales, LA 70737 in Ascension Parish.
Received by James (Jimmy) Anderson, personally in-hand. Age: 66; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'4"; Hair: Gray.  Subject willingly accepted service.