AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-01768 M(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wayne Rumore was received by me on *(date)* October 1, 2024, 11:56 am.

- [X] I personally served the summons on the individual at *(place)* his place of residence a, a single-family home at 46 Traminer Drive, Kenner, LA 70065 in Jefferson Parish on *(date)* Wednesday, October 2, 2024 7:44 pm ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ 0 for travel and $ 263.00 for services, for a total of $263.00.

I declare under penalty of perjury that this information is true.

Date: 10/2/2024

*Server's signature*

Herbert Battistella, Process Server

*Printed name and title*

CAPITAL PROCESS SERVICE, LLC…………....………………
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………
225-756-2537 • www.BatonRougeProcessServer.com

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Service: Oct 2, 2024, 10:51 am CDT at Wayne Rumore - Home: 46 Traminer Drive, Kenner, LA 70065 in Jefferson Parish.
No answer at single-family dwelling. Server could see no lights on or movement inside.

2) Successful Service: Oct 2, 2024, 7:44 pm CDT at Wayne Rumore - Home: 46 Traminer Drive, Kenner, LA 70065 in Jefferson Parish.
Received by Wayne Rumore, personally in-hand. Age: 75; Ethnicity: Caucasian; Gender: Male; Weight: 225; Height: 6'2"; Hair: Gray.  Subject willingly accepted service.