AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Larry Moses | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 24-cv-01768 M(4) |
| City of New Orleans, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wayne Rumore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Most, Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16 2024

Carol L. Michel
Name of clerk of court

Deputy clerk's signature

Civil Action No. 24-cv-01768 M(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wayne Rumore was received by me on *(date)* October 1, 2024, 11:56 am.

[X] I personally served the summons on the individual at *(place)* his place of residence a, a single-family home at 46 Traminer Drive, Kenner, LA 70065 in Jefferson Parish on *(date)* Wednesday, October 2, 2024 7:44 pm ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 0 for travel and $ 263.00 for services, for a total of $263.00.

I declare under penalty of perjury that this information is true.

Date: 10/2/2024

*Server's signature*

Herbert Battistella, Process Server
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC…………....………………
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………
225-756-2537 • www.BatonRougeProcessServer.com
*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Service: Oct 2, 2024, 10:51 am CDT at Wayne Rumore - Home: 46 Traminer Drive, Kenner, LA 70065 in Jefferson Parish.
No answer at single-family dwelling. Server could see no lights on or movement inside.

2) Successful Service: Oct 2, 2024, 7:44 pm CDT at Wayne Rumore - Home: 46 Traminer Drive, Kenner, LA 70065 in Jefferson Parish.
Received by Wayne Rumore, personally in-hand. Age: 75; Ethnicity: Caucasian; Gender: Male; Weight: 225; Height: 6'2"; Hair: Gray.  Subject willingly accepted service.