UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES ) | |
| ) | |
|     *Plaintiff,* ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Vance JASON R. WILLIAMS, in his ) | |
| official capacity as Orleans Parish ) | District Judge Barry W Ashe |
| District Attorney, et al. ) | Magistrate Judge Karen Wells Roby |
| ) | |
|     *Defendants.* ) | |

## NOTICE OF SUGGESTION OF DEATH

Now Comes Plaintiff Larry Moses, by and through his attorneys, and pursuant to Federal Rules of Civil Procedure 25, and represents to this Honorable Court that, upon information and belief, Glynn Alexander, a defendant in this action, passed away on October 17, 2023.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

1

**CERTIFICATE OF SERVICE**

    I, David B. Owens, an attorney, hereby certify that on October 15, 2024, I caused the foregoing document to be served upon on counsel of record via the Court's electronic filing system and via email to:

    Matthew Paul - mjp@stanleyreuter.com
    Counsel for Defendants Allison Monahan and Jason R. Williams

    Corwin St. Raymond - cmstraymond@nola.gov
    Counsel for City of New Orleans

                                  Respectfully Submitted,

                                  /s/David B. Owens
                                  One of Plaintiffs Attorneys