UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES, | ) |
| | ) |
|     *Plaintiff,* | ) Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CITY OF NEW ORLEANS, *et al.* | ) |
| | ) Judge Barry W Ashe |
|     *Defendants.* | ) Magistrate Judge Karen Wells Roby |
| | ) |
| | ) |

### PLAINTIFF'S MOTION FOR 90-DAY EXTENSION OF TIME TO COMPLETE SERVICE

Plaintiff Larry Moses, by and through his counsel, moves for a 90-day extension of time to complete service on three defendants who Plaintiff has learned are deceased, as set forth in the Memorandum in Support of Motion filed herewith.

WHEREFORE, Plaintiff respectfully requests for a 90-day extension of time, until January 13, 2025 to complete service.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice*

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES

1

> 201 St. Charles Ave., Ste. 2500, #9685
> New Orleans, LA 70170
> T: (504) 509-5023
> williammost@gmail.com

### CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, hereby certify that on October 15, 2024, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record who have appeared in the case and that I also emailed a copy of the foregoing to:

>Matthew Paul - mjp@stanleyreuter.com
>Counsel for Defendants Allison Monahan and Jason R. Williams
>
>Corwin St. Raymond - cmstraymond@nola.gov
>Counsel for City of New Orleans

/s/David B. Owens

2