# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Larry Moses

**PLAINTIFF(S)**

**VERSUS**

City of New Orleans, et al.

**DEFENDANT(S)**

**CIVIL ACTION**

No. 2:24-cv 1768-BWA-KWR

**SECTION:** _____

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Extension of Time to Complete Service is hereby set for submission before District Judge/Magistrate Judge Karen Wells Roby on October 30 at 11:00 am .m.

/s/David B. Owens
**(Signature)**

David B. Owens
**(Name)**

311 N Aberdeen St, Fl 3
**(Address)**

Chicago, IL 60607
**(City)        (State)        (Zip)**

312-243-5900
**(Telephone)**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 15th day of October, 20 24.

/s/David B. Owens
**(SIGNATURE)**