UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

# ORDER

Considering the motion of plaintiff Larry Moses for a 90-day extension of time to complete service (R. Doc. 19),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff Larry Moses shall have an additional 90 days, or until January 13, 2025, to complete service of his complaint upon the named defendants in the captioned matter, including the appropriate legal representative or agent for same.

New Orleans, Louisiana, this 17th day of October, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE