UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW ORLEANS, *et al.*,<br><br>    *Defendants*. | Civil Action No. 24-01768<br><br>Section M<br>Judge Barry W. Ashe<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Pursuant to Local Rule 7.8, Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, appearing only for purposes of this motion and without waiving any rights or defenses, respectfully requests a 21-day extension of the time to file a response to the Complaint filed by Plaintiff Larry Moses.

On September 17, 2024, Mr. Moses sent a request for waiver of service to OPDA. Doc. No. 9. OPDA agreed to waive service. *Id.* Federal Rule of Civil Procedure 4(d)(3) provides that an answer to the complaint is due 60 days after the waiver request was sent, *i.e.*, November 18, 2024. OPDA and undersigned counsel certify that there has been no previous extension of the time to file responsive pleadings and that Mr. Moses has not filed in the record an objection to an extension of time. Accordingly, pursuant to Local Rule 7.8, OPDA is entitled to a 21-day extension of time, which would make responsive pleadings due on December 9, 2024.

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354, T.A.
Matthew J. Paul, 37004
Inga C. Petrovich, 31284
STANLEY REUTER ALFORD
  OWEN MUNSON & PAUL, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*

2