# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW ORLEANS, *et al.*,<br><br>    *Defendants*. | Civil Action No. 24-01768<br><br>Section M<br>Judge Barry W. Ashe<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

## ORDER

Considering the Motion for Extension of Time to File Responsive Pleadings, filed by Jason R. Williams, in his official capacity as Orleans Parish District Attorney;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the deadline for Mr. Williams to file a response to the Complaint filed by Plaintiff Larry Moses is hereby extended by 21 days, to December 9, 2024.

New Orleans, Louisiana, this ____ day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE