UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES                                      CIVIL ACTION

VERSUS                                           NO. 24-1768

THE CITY OF NEW ORLEANS, *et al.*                SECTION M (4)


**ORDER**

Considering the *ex parte* motion of Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), for extension of time to file responsive pleadings (R. Doc. 21),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the OPDA shall have an additional 21 days, or until December 9, 2024, to file responsive pleadings to the plaintiff's complaint in the captioned matter.

New Orleans, Louisiana, this 13th day of November, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE