UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | * | CIVIL ACTION |
| Plaintiff | * | NUMBER: 24-1768 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | JUDGE BARRY W. ASHE |
| | * | |
| THE CITY OF NEW ORLEANS, *et. al.* | * | MAGISTRATE |
| Defendants | * | JUDGE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Pursuant to Local Rule 7.8, Defendant City of New Orleans ("City"), through undersigned counsel, respectfully appears solely to move for a 21-day extension of time to file a responsive pleading in this matter. The City certifies that there has been no previous extension of time for Defendant to plead and that no opposing party has filed into the record an objection to an extension of time. On September 18, 2024, Mr. Moses sent a request for waiver of service to City of New Orleans. Doc. No. 15. The City agreed to waive service and its answer would be due on or before Monday, November 18, 2024. However, the City needs additional time to file a responsive pleading. Accordingly, Defendant respectfully moves this Honorable Court for an extension of 21 days to respond the Complaint in the above captioned matter.

Respectfully submitted:

/s/ *Corwin St. Raymond*
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

       E-MAIL:  cmstraymond@nola.gov

      *Counsel for Defendants the City of New Orleans*