UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | * | CIVIL ACTION |
| Plaintiff | * | NUMBER: 24-1768 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | JUDGE BARRY W. ASHE |
| | * | |
| THE CITY OF NEW ORLEANS, *et. al.* | * | MAGISTRATE |
| Defendants | * | JUDGE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the *ex parte* Motion for Extension of Time to File Responsive Pleading by Defendant City of New Orleans:

IT IS HEREBY ORDERED that the motion is GRANTED and that Defendant City of New Orleans shall have an additional twenty-one (21) days, or until December 9, 2024, to file responsive pleadings in this matter.

NEW ORLEANS, LOUISIANA, this _____ day of_____, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE