UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES                                                    CIVIL ACTION

VERSUS                                                         NO. 24-1768

THE CITY OF NEW ORLEANS, et al.                                SECTION M (4)

## ORDER

Considering the *ex parte* motion of defendant the City of New Orleans for extension of time to file responsive pleadings (R. Doc. 23),

IT IS ORDERED that the motion is GRANTED, and the City of New Orleans must file responsive pleadings on or before December 9, 2024.

New Orleans, Louisiana, this 18th day of November, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE