UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | * | CIVIL ACTION |
| Plaintiff | * | NUMBER: 24-1768 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | JUDGE BARRY W. ASHE |
| | * | |
| THE CITY OF NEW ORLEANS, *et. al.* | * | MAGISTRATE |
| Defendants | * | JUDGE KAREN WELLS ROBY |

**************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, the City of New Orleans, who respectfully submits this motion to dismiss the claims against it in Plaintiff Larry Moses's Complaint, Doc. No. 1, pursuant to Federal Rule of Procedure 12(b)(6). For the reasons discussed in the accompanying memorandum, Plaintiff fails to state cognizable claims against the City of New Orleans and his claims should be dismissed with prejudice in accordance with Rule 12(b)(6).

Respectfully submitted:

/s/ *Corwin St. Raymond*
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868
E-MAIL:   cmstraymond@nola.gov

*Counsel for Defendants the City of New Orleans*