UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES )<br>)<br>    *Plaintiff,* )<br>v. )<br>)<br>Vance JASON R. WILLIAMS, in his )<br>official capacity as Orleans Parish )<br>District Attorney, et al. )<br>)<br>    *Defendants.* ) | Civil Action No. 2:24-cv 1768-BWA-KWR<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Barry W Ashe<br>Magistrate Judge Karen Wells Roby |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE AN AMENDED COMPLAINT**

Plaintiff Larry Moses, by and through his attorneys, respectfully requests this Court for an order allowing him to file a first-amended complaint no later than January 24, 2025. In support of his motion, Plaintiff submits the accompanying Memorandum of Law.

DATED: December 20, 2024

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES

1

201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, hereby certify that on December 20, 2024, I caused the foregoing document to be served upon on all counsel of record via the Court's electronic filing system.

Respectfully Submitted,

/s/David B. Owens
One of Plaintiffs Attorneys