UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Vance JASON R. WILLIAMS, in his ) | |
| official capacity as Orleans Parish ) | Judge Barry W Ashe |
| District Attorney, et al. ) | Magistrate Judge Karen Wells Roby |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff Larry Moses, by and through his counsel, requests this Court for an extension of 25 days, until January 24, 2025, to file an amended complaint, and in support thereof, states:

1. This is a §1983 case, in which Plaintiff Larry Moses alleges Defendants fabricated evidence to implicate him in the 1994 robbery and murder of Daniel Ratliff and Alma Causey, resulting in Plaintiff's wrongful conviction and nearly-29-years of incarceration.

2. Larry Moses filed this action on July 15, 2024. Dkt. 1.

3. On December 9, 2024, the City of New Orleans filed a Motion to Dismiss. Dkt. 25. The City noted the motion to dismiss for hearing on January 9, 2025. Dkt 25-3.

4. Pursuant to Local Rule 7-5, Plaintiff must submit any response memorandum eight days prior to the hearing, making the deadline January 1, 2024. Any amended complaint must be submitted by December 30, 2024, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

5. Plaintiff, in lieu of filing a response to the City's motion to dismiss, seeks to amend his

1

complaint, and requests an extension of 25 days to do so—on or before January 24, 2025.

6. This request is warranted due to several other case deadlines and the upcoming holidays. For one, this case is in part litigated through The University of Washington School of Law's Civil Rights and Justice Clinic, led by undersigned counsel. The student clinicians who will be working on this case will be on break until January 6th and the current deadline does not permit them adequate time to contribute to drafting the amended complaint. Moreover, undersigned counsel is filing a Supreme Court amicus brief on January 9, 2025 in *Lesh v. United States*, Case No. 24-654, which will demand significant time from him over the coming weeks and over the holidays, and which precludes undersigned counsel from completing the amended complaint by December 30th. Due to these overlapping case deadlines, good cause exists for an extension of 25 days.

7. Plaintiff has informed counsel for the City of his intention to file an amended complaint and that he seeks until January 24th to do so, and counsel for the City do not oppose this request. Undersigned counsel certifies that there has been no previous extension of time for Plaintiff to file an amended complaint.

WHEREFORE, Plaintiff Larry Moses respectfully requests that this Court allow him until January 24, 2025 to file an amended complaint.

DATED: December 20, 2024

        Respectfully submitted,

        /s/David B. Owens

        David B. Owens*
        LOEVY & LOEVY
        311 N. Aberdeen St 3FL

Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

## CERTIFICATE OF SERVICE

      I, David B. Owens, an attorney, hereby certify that on December 20, 2024, I caused the foregoing document to be served upon on all counsel of record via the Court's electronic filing system.

Respectfully Submitted,

/s/David B. Owens
One of Plaintiffs Attorneys
