UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | ) |
|     *Plaintiff,* | ) Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) Judge Barry W Ashe |
| Vance JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, et al. | ) Magistrate Judge Karen Wells Roby |
| | ) **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
|     *Defendants.* | ) |

THIS COURT, having reviewed Plaintiff's Motion for Extension of Time,

HEREBY ORDERS that the motion is GRANTED, and that the deadline for Plaintiff to file an amended complaint is hereby extended by 25 days, to January 24, 2025.

Entered on this ___ Day of December 2024.

_____
UNITED STATES DISTRICT JUDGE