UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

### ORDER

Considering the unopposed motion of plaintiff Larry Moses for an extension of time to file an amended complaint (R. Doc. 26),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that, in accordance with Rule 15(a)(1)(B), plaintiff Larry Moses shall have an additional 25 days, or until January 24, 2025, to file an amended complaint in the captioned matter.

IT IS FURTHER ORDERED that the January 9, 2025 submission for the 12(b)(6) motion to dismiss of defendant City of New Orleans is continued to February 6, 2025. Any opposition and reply memoranda shall be filed in accordance with the Local Rules.

New Orleans, Louisiana, this 23rd day of December, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE