UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES, ) | |
| ) | |
|     *Plaintiff,* ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CITY OF NEW ORLEANS, *et al.* ) | |
| ) | Judge Barry W Ashe |
|     *Defendants.* ) | Magistrate Judge Karen Wells Roby |
| ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR 41-DAY**
**EXTENSION OF TIME TO COMPLETE SERVICE**

Plaintiff Larry Moses, by and through his counsel, moves for an extension of 41 days to complete service on Defendant John Ronquillo as set forth in the Memorandum in Support of Motion filed herewith.

WHEREFORE, Plaintiff respectfully requests for a 41-day extension of time, until February 23, 2025 to complete service.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
**admitted pro hac vice*

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES

201 St. Charles Ave., Ste. 2500, #9685  
New Orleans, LA 70170  
T: (504) 509-5023  
williammost@gmail.com

## **CERTIFICATE OF SERVICE**

    I, David B. Owens, an attorney, hereby certify that on January 10, 2024, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record who have appeared in the case.

/s/David B. Owens