UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | ) |
| | ) |
|     *Plaintiff,* | ) Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) |
| | ) Judge Barry W Ashe |
| Vance JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, et al. | ) Magistrate Judge Karen Wells Roby |
| | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **PLAINTIFF'S MOTION FOR** |
|     *Defendants.* | ) **EXTENSION OF TIME** |
| | ) |
| | ) |

THIS COURT, having reviewed Plaintiff's Motion for Extension of Time,

HEREBY ORDERS that the motion is GRANTED, and that the deadline for Plaintiff to complete service upon Defendant John Ronquillo is hereby extended by 41 days, to February 23, 2025.

Entered on this ___ Day of January 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE