UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES                                      CIVIL ACTION

VERSUS                                           NO. 24-1768

CITY OF NEW ORLEANS, *et al.*                    SECTION M (4)

## ORDER

Considering the unopposed motion of plaintiff Larry Moses for extension of time to complete service (R. Doc. 28),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff Larry Moses shall have until February 23, 2025 to complete service of the operative complaint in the captioned matter upon defendant John Ronquillo.

New Orleans, Louisiana, this 13th day of January, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE