UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES

VERSUS

THE CITY OF NEW ORLEANS, *et al.*

CIVIL ACTION

NO. 24-1768

SECTION M (4)

## ORDER

On December 9, 2024, defendant The City of New Orleans (the "City") filed a motion to dismiss directed at plaintiff's complaint.[1]  On January 24, 2025, plaintiff Larry Moses filed an amended complaint.[2]  Because the pending motion to dismiss is not directed at the operative complaint,

IT IS ORDERED that the City's motion to dismiss (R. Doc. 25) is DISMISSED AS MOOT.  It may refile such a motion directed at plaintiff's amended complaint.

New Orleans, Louisiana, this 27th day of January, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 25 (citing R. Doc. 1).
[2] R. Doc. 30.