UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW ORLEANS, *et al.*,<br><br>　　　*Defendants*. | Civil Action No. 24-01768<br><br>Section M<br>Judge Barry W. Ashe<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

### DEFENDANT JASON WILLIAMS'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, respectfully moves for dismissal of the claims against OPDA in Plaintiff Larry Moses's First Amended Complaint, Doc. No. 30, pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth in the accompanying memorandum in support, even if accepted as true for purposes of this motion, Mr. Moses's factual allegations do not plausibly demonstrate that his constitutional rights were violated, or that any purported violation was caused by OPDA's official policies. Accordingly, Mr. Moses's claims against OPDA must be dismissed.

2

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
Inga C. Petrovich, 31284
STANLEY REUTER ALFORD
  OWEN MUNSON & PAUL, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com
icp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*