# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW ORLEANS, *et al.*,<br><br>*Defendants*. | Civil Action No. 24-01768<br><br>Section M<br>Judge Barry W. Ashe<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, has filed a Motion to Dismiss for Failure to State a Claim, seeking dismissal of Plaintiff Larry Moses's claims against OPDA pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion will be submitted for decision on March 6, 2025, at 10:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Barry W. Ashe, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

2

        Respectfully submitted,

        */s/ Matthew J. Paul*
        W. Raley Alford, III, 27354
        Matthew J. Paul, 37004
        Inga C. Petrovich, 31284
        STANLEY REUTER ALFORD
          OWEN MUNSON & PAUL, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: (504) 523-1580
        Facsimile:  (504) 524-0069
        wra@stanleyreuter.com
        mjp@stanleyreuter.com
        icp@stanleyreuter.com

        *Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*