UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | * | CIVIL ACTION |
| Plaintiff | * | NUMBER: 24-1768 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | JUDGE BARRY W. ASHE |
| | * | |
| THE CITY OF NEW ORLEANS, *et. al.* | * | MAGISTRATE |
| Defendants | * | JUDGE KAREN WELLS ROBY |

**************************************

## NOTICE OF SUBMISSION

The above Rule 12(b)(6) Motion to Dismiss will be submitted for decision on March 6, 2025, at 10:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Barry W. Ashe, United States Court of the Eastern District of Louisiana, 500 Poydras Street, room C-351, New Orleans, Louisiana, 70130.

Respectfully submitted:

/s/ *Corwin St. Raymond*
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL:         cmstraymond@nola.gov

*Counsel for Defendant the City of New Orleans*