UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. ) | |
| ) | Judge Barry W Ashe |
| CITY OF NEW ORLEANS, *et al.* ) | Magistrate Judge Karen Wells Roby |
| ) | |
| *Defendants.* ) | |
| ) | |
| ) | |

## DECLARATION OF DAVID B. OWENS

I, David B. Owens, declare under penalty of perjury that I am over the age of 18 and competent to testify, and that the following is true and correct to the best of my knowledge:

1. I am one of the attorneys representing Plaintiff in this matter.

2. I have contracted with Succession counsel to assist service in this matter and who specializes in this work. Mr. Ronquillo had a succession before this matter was filed that was administered by his widow, Karen Swensen. That matter was handled by an attorney.

3. As a result, we reached out to Ms. Swensen's prior counsel to inquire about effecting service on Mr. Ronquillo's succession via counsel and without surprising her at home. I was advised that service would have to be made through traditional means.

4. I have hired process servers to attempt service of Ms. Swensen in person.

5. The process server made attempts to serve Ms. Swensen at the above address on:

    - February 12, 2025 11:05 am
    - February 13, 2025, 7:25 pm
    - February 18, 2025, 7:22 pm
    - February 20, 2025, 9:04 am
    - February 20, 2025, 7:34 pm

6. My support staff called Ms. Swensen's cell phone number two times on February 18, 2025 and left a voicemail message.

7. On Friday, February 21, 2025, Ms. Swensen called staff, said nothing, and then hung up the phone. My staff left a message for Ms. Swensen, but she did not respond.

8. In further effort to serve Ms. Swensen, the process server conducted a (costly) "stake-out" outside her home on February 21, 2025. This, too, was unavailing.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

## **CERTIFICATE OF SERVICE**

I, David B. Owens, an attorney, hereby certify that on February 24, 2025, I caused the foregoing document to be served upon on all counsel of record via the Court's electronic filing system.

        Respectfully Submitted,

        /s/David B. Owens
        One of Plaintiff's Attorneys