UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES ) | |
| ) | |
|    *Plaintiff,* ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. ) | |
| ) | Judge Barry W Ashe |
| CITY OF NEW ORLEANS, *et al.* ) | Magistrate Judge Karen Wells Roby |
| ) | |
|    *Defendants.* ) | **[PROPOSED] ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION TO EXTEND** |
| ) | **TIME TO SERVE DEFENDANT JOHN** |
| ) | **RONQUILLO** |
| ) | |

THIS COURT, having reviewed Plaintiff's Motion to Extend Time to Serve Defendant John Ronquillo,

HEREBY ORDERS that the motion is GRANTED, and that the deadline for Plaintiff to complete service upon Defendant John Ronquillo is hereby extended by 30 days, to March 25, 2025.

Entered on this ____ Day of February 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE