UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

## ORDER

Considering the unopposed motion of plaintiff Larry Moses to extend time to serve defendant John Ronquillo (R. Doc. 36),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff Larry Moses shall have until March 25, 2025 to complete service of the operating complaint upon defendant John Ronquilo.

New Orleans, Louisiana, this 25th of February, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE