## Harry F. Connick
## District Attorney of New Orleans
## State of Louisiana

CAMILLE G. BURAS
FIRST ASSISTANT DISTRICT ATTORNEY

819 SOUTH WHITE STREET
NEW ORLEANS, LOUISIANA 70119
504/822-2414

January 12, 1998

The Honorable Calvin Johnson
Judge, Section "E"
2700 Tulane Avenue
New Orleans, LA  70119

Dear Calvin:

I received your letter dated January 5, 1998, with copies of the case law dealing with the issue of Brady v. Maryland.

I am aware of, and follow, the rules of professional conduct and it is, and has been, the policy of this office to do likewise. Neither I, nor my staff, are permitted to knowingly deviate from our responsibilities in the area of disclosure under Brady.

Without getting into a lengthy legal discussion of Brady let me say that what sometimes is or is not Brady is not etched in large black letters on a field of white. What some judges, or courts, consider to be Brady is sometimes ridiculous to the extreme. The United States Supreme Court, as you are aware, is unable to reach a unanimous opinion in this regard. The issue is not one that lends itself to quick and unanimous opinion. Still, while our responsibilities under the law remain the same, please keep in mind that the rules and decisions are the framework under which my assistants operate.

With that said, I'm sure you sent the voluminous package to me for some reason other than to simply advise me and my entire staff of lawyers of the Rules of Professional Conduct and Brady. Please, therefore, be more particular and advise me in writing what it is, and who it is, that you are talking about and the particulars of your complaint. It is most unfair for all of the members of my staff to receive a letter that implies that all of them have violated the rules.

EXHIBIT
1



The Honorable Calvin Johnson
January 12, 1998
Page Two

    I assure you that if any assistant has knowingly and or willfully violated any rules, I will deal with them appropriately. In order to do that, fairness requires that I be made aware of the details.

                             Very truly yours,

                             HARRY CONNICK

HC:abc

cc: All Criminal District Court Judges
     All Assistant District Attorneys