UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | * | CIVIL ACTION |
| Plaintiff | * | NUMBER: 24-1768 |
| | * | |
| VERSUS | * | SECTION "M" |
| | * | JUDGE BARRY W. ASHE |
| | * | |
| THE CITY OF NEW ORLEANS, *et. al.* | * | MAGISTRATE |
| Defendants | * | JUDGE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER AND AFFIRMATIVE DEFENSES

**NOW INTO COURT**, through undersigned counsel, comes Defendants, City of New Orleans, Wayne Rumore, and James Anderson (hereinafter collectively "Defendants") who, for answer to the Plaintiff's First Amended Complaint (R. Doc. 30), avers with respect as follows:

### INVOCATION OF QUALIFIED IMMUNITY

Defendants hereby invoke the defense of qualified immunity, which bars Plaintiff's suit.

### AFFIRMATIVE DEFENSES

Unless specifically admitted, Defendants deny the allegations in Plaintiff's Complaint and deny all allegations of liability. Plaintiff has the burden of proving facts supporting his cause of action. In addition, Defendants assert the following affirmative defenses.

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendants affirmatively plead and assert the affirmative defense that Plaintiff's own acts or omissions, or the acts or omissions of Plaintiff's representatives, caused and/or contributed to Plaintiff's alleged injury and damages. Plaintiff was represented by counsel during his underlying

1

criminal trial and was convicted by a jury of his peers. While the district attorney's office withdrew the charges against him, Plaintiff has not been declared actually innocent.

**THIRD DEFENSE**

Defendants' conduct did not deprive Plaintiff of any rights, privileges, or immunities secured by the Constitution or Laws of the United States**.**

**FOURTH DEFENSE**

The cause in fact of the damages complained of were the acts of Plaintiff, which acts should operate as a complete bar to Plaintiff's Complaint and any recovery or, in the alternative, to reduce any recovery by Plaintiff proportionally with his legal fault.

**FIFTH DEFENSE**

Defendants plead immunity from the suit afforded to by LSA-R.S. 9:2798.1 and any and all other statutes and jurisprudence entitling Defendants to immunity.

**SIXTH DEFENSE**

The allegations made by Plaintiff, even if proven, do not demonstrate the deprivation of a federally protected constitutional right**.**

**SEVENTH DEFENSE**

Defendants aver that at all times pertinent hereto their actions were reasonable, justified, and legally permissible under the circumstances.

**EIGHTH DEFENSE**

Defendants aver that the damages complained of by Plaintiff were caused by persons or parties over whom Defendants exercise no authority or control whatsoever and for whose actions they may not be held liable or, in the alternative and while denying any liability whatsoever in the premises, Defendants aver that the damages complained of by Plaintiff were contributed to by such

2

other persons or parties as may be demonstrated at trial who should be cast for their virile share of any joint liability with a right of contribution recognized and awarded in favor of Defendants to the extent that Defendants may be determined to be jointly liable with any other persons or parties.

### NINTH DEFENSE

The incident out of which this lawsuit grew and the consequent damage, if any, to Plaintiff were not caused by any act of negligence, either of omission or of commission, on the part of Defendants, but were, to the contrary, directly and proximately caused by the negligence and intentional acts and/or commissions of other parties.

### TENTH DEFENSE

Defendants aver that, at all times pertinent hereto, they were acting in good faith in enforcing the laws and ordinances of the Parish of Orleans, the laws of the State of Louisiana, and the Constitution and Statutes of the United States of America.

### ELEVENTH DEFENSE

Defendants herein submits that the claims of Plaintiff are frivolous, groundless, and/or unreasonable, and, as such, Defendants herein is entitled to an award against the Plaintiff for all attorney's fees and costs expended in this matter pursuant to federal law and, if applicable, 42 U.S.C. § 1988.

### TWELFTH DEFENSE

Defendants allege that they did not participate in any conspiracy to violate the rights of Plaintiff.

### THIRTEENTH DEFENSE

All of Plaintiff's claims that arise from his arrest in 1994 are prescribed or otherwise precluded by the applicable statute of limitations.

**AND NOW, FURTHER ANSWERING THE ALLEGATIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT,** Defendants respond as follows**:**

1.

The allegations set forth in paragraph 1 are arguments addressed to no particular defendant and do not require an answer but, in an abundance of caution, are denied for lack of sufficient information to justify a belief therein.

2.

The allegations set forth in paragraph 2 are arguments addressed to no particular defendant and do not require an answer but, in an abundance of caution, are denied for lack of sufficient information to justify a belief therein.

3.

The allegations set forth in paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations set forth in paragraph 4 are denied for lack of sufficient information to justify a belief therein.

5.

The allegations set forth in paragraph 5 are denied except to admit that jurisdiction is proper.

6.

The allegations set forth in paragraph 6 are denied except to admit that venue is proper.

4

7.

The allegations set forth in paragraph 7 are denied for lack of sufficient information to justify a belief therein.

8.

The allegations set forth in paragraph 8 are denied except to admit the City of New Orleans is a political subdivision of the State of Louisiana.

9.

Some of the allegations set forth in paragraph 9 are not directed at these Defendants and do not require an answer by these Defendants but in an abundance of caution are denied for lack of sufficient information to justify a belief therein. Wayne Rumore admits that he was an NOPD detective. All other allegations directed at the Defendants are denied for lack of sufficient information to justify a belief therein.

10.

Some of the allegations set forth in paragraph 10 are not directed at these Defendants and do not require an answer by these Defendants but in an abundance of caution are denied for lack of sufficient information to justify a belief therein. James Anderson admits that he was an NOPD sergeant. All other allegations directed at the Defendants are denied for lack of sufficient information to justify a belief therein.

11.

The allegations set forth in paragraph 11 are not directed at these Defendants and do not require a response. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

12.

The allegations set forth in paragraph 12 are denied for lack of sufficient information to justify a belief therein.

13.

The allegations set forth in paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14.

The allegations set forth in paragraph 14 are denied for lack of sufficient information to justify a belief therein.

15.

The allegations set forth in paragraph 15 are denied for lack of sufficient information to justify a belief therein.

16.

The allegations set forth in paragraph 16 are denied for lack of sufficient information to justify a belief therein.

17.

The allegations set forth in paragraph 17 are denied for lack of sufficient information to justify a belief therein.

18.

The allegations set forth in paragraph 18 are denied for lack of sufficient information to justify a belief therein.

19.

The allegations set forth in paragraph 19 are denied for lack of sufficient information to justify a belief therein.

20.

The allegations set forth in paragraph 20 are denied for lack of sufficient information to justify a belief therein.

21.

The allegations set forth in paragraph 21 are denied for lack of sufficient information to justify a belief therein.

22.

The allegations set forth in paragraph 22 are denied for lack of sufficient information to justify a belief therein.

23.

The allegations set forth in paragraph 23 are denied for lack of sufficient information to justify a belief therein.

24.

The allegations set forth in paragraph 24 are denied for lack of sufficient information to justify a belief therein.

25.

The allegations set forth in paragraphs 25 are denied for lack of sufficient information to justify a belief therein.

26.

The allegations set forth in paragraph 26 are denied for lack of sufficient information to justify a belief therein.

27.

The allegations set forth in paragraph 27 are denied for lack of sufficient information to justify a belief therein.

28.

The allegations set forth in paragraph 28 are denied for lack of sufficient information to justify a belief therein.

29.

The allegations set forth in paragraph 29 are denied for lack of sufficient information to justify a belief therein.

30.

The allegations set forth in paragraph 30 are denied for lack of sufficient information to justify a belief therein.

31.

The allegations set forth in paragraph 31 are denied for lack of sufficient information to justify a belief therein.

32.

The allegations set forth in paragraph 32 are denied for lack of sufficient information to justify a belief therein.

33.

The allegations set forth in paragraph 33 are denied for lack of sufficient information to justify a belief therein.

34.

The allegations set forth in paragraph 34 are denied for lack of sufficient information to justify a belief therein.

35.

The allegations set forth in paragraph 35 are denied for lack of sufficient information to justify a belief therein.

36.

The allegations set forth in paragraph 36 are denied for lack of sufficient information to justify a belief therein.

37.

The allegations set forth in paragraph 37 are denied for lack of sufficient information to justify a belief therein.

38.

The allegations set forth in paragraph 38 are denied for lack of sufficient information to justify a belief therein.

39.

The allegations set forth in paragraph 39 are denied for lack of sufficient information to justify a belief therein.

40.

The allegations set forth in paragraph 40 are denied for lack of sufficient information to justify a belief therein.

41.

The allegations set forth in paragraph 41 are denied for lack of sufficient information to justify a belief therein.

42.

The allegations set forth in paragraph 42 are denied for lack of sufficient information to justify a belief therein.

43.

The allegations set forth in paragraph 43 are denied for lack of sufficient information to justify a belief therein.

44.

The allegations set forth in paragraph 44 are denied for lack of sufficient information to justify a belief therein.

45.

The allegations set forth in paragraph 45 are denied for lack of sufficient information to justify a belief therein.

46.

The allegations set forth in paragraph 46 are denied for lack of sufficient information to justify a belief therein.

47.

The allegations set forth in paragraph 47 are denied for lack of sufficient information to justify a belief therein.

48.

The allegations set forth in paragraph 48 are denied.

49.

The allegations set forth in paragraph 49 are denied for lack of sufficient information to justify a belief therein.

50.

The allegations set forth in paragraph 50 are denied.

51.

The allegations set forth in paragraph 51 are denied for lack of sufficient information to justify a belief therein.

52.

The allegations set forth in paragraph 52 are denied.

53.

The allegations set forth in paragraph 53 are denied.

54.

The allegations set forth in paragraph 54 are denied.

55.

The allegations set forth in paragraph 55 are denied for lack of sufficient information to justify a belief therein.

56.

The allegations set forth in paragraph 56 are denied for lack of sufficient information to justify a belief therein.

57.

The allegations set forth in paragraph 57 are denied for lack of sufficient information to justify a belief therein.

58.

The allegations set forth in paragraph 58 are denied for lack of sufficient information to justify a belief therein.

59.

The allegations set forth in paragraph 59 are denied for lack of sufficient information to justify a belief therein.

60.

The allegations set forth in paragraph 60 are denied for lack of sufficient information to justify a belief therein.

61.

The allegations set forth in paragraph 61 are not addressed to a particular defendant and do not require an answer but, in an abundance of caution, are denied for lack of sufficient information to justify a belief therein.

62.

The allegations set forth in paragraph 62 are denied.

63.

The allegations set forth in paragraph 63 are denied.

64.

The allegations set forth in paragraph 64 are denied.

65.

The allegations set forth in paragraph 65 are not addressed to a particular defendant and do not require an answer but, in an abundance of caution, are denied for lack of sufficient information to justify a belief therein.

66.

The allegations set forth in paragraph 66 are denied.

67.

The allegations set forth in paragraph 67 are denied for lack of sufficient information to justify a belief therein.

68.

The allegations set forth in paragraph 68 are denied for lack of sufficient information to justify a belief therein.

69.

The allegations set forth in paragraph 69 are denied for lack of sufficient information to justify a belief therein.

70.

The allegations set forth in paragraph 70 are denied for lack of sufficient information to justify a belief therein.

71.

Some of the allegations set forth in paragraph 71 are not directed at these Defendants and do not require an answer by these Defendants but in an abundance of caution are denied for lack

of sufficient information to justify a belief therein.  All other allegations directed at the Defendants are denied.

72.

Some of the allegations set forth in paragraph 72 are not directed at these Defendants and do not require an answer by these Defendants but in an abundance of caution are denied for lack of sufficient information to justify a belief therein.  All other allegations directed at the Defendants are denied.

73.

The allegations set forth in paragraph 73 are denied for lack of sufficient information to justify a belief therein.

74.

The allegations set forth in paragraph 74 are denied for lack of sufficient information to justify a belief therein.

75.

The allegations set forth in paragraph 75 are denied for lack of sufficient information to justify a belief therein.

76.

The allegations set forth in paragraph 76 are denied for lack of sufficient information to justify a belief therein.

77.

The allegations set forth in paragraph 77 are denied for lack of sufficient information to justify a belief therein.

78.

The allegations set forth in paragraph 78 are denied for lack of sufficient information to justify a belief therein.

79.

The allegations set forth in paragraph 79 are denied for lack of sufficient information to justify a belief therein.

80.

The allegations set forth in paragraph 80 are denied for lack of sufficient information to justify a belief therein.

81.

The allegations set forth in paragraph 81 are denied for lack of sufficient information to justify a belief therein.

82.

The allegations set forth in paragraph 82 are denied.

83.

The allegations set forth in paragraph 83 are denied.

84.

The allegations set forth in paragraph 84 are denied.

85.

The allegations set forth in paragraph 85 are arguments and do not require an answer but, in an abundance of caution, are denied for lack of sufficient information to justify a belief therein.

86.

The allegations set forth in paragraph 86 are denied.

87.

The allegations set forth in paragraph 87 including sub-sections i-xii are denied for lack of sufficient information to justify a belief therein.

88.

The allegations set forth in paragraph 88 are denied.

89.

The allegations set forth in paragraph 89 are denied for lack of sufficient information to justify a belief therein.

90.

The allegations set forth in paragraph 90 are denied for lack of sufficient information to justify a belief therein.

91.

The allegations set forth in paragraph 91 are denied for lack of sufficient information to justify a belief therein.

92.

The allegations set forth in paragraph 92 are denied for lack of sufficient information to justify a belief therein.

93.

The allegations set forth in paragraph 93 are denied for lack of sufficient information to justify a belief therein.

94.

The allegations set forth in paragraph 94 including sub-sections i-iii are denied for lack of sufficient information to justify a belief therein.

95.

The allegations set forth in paragraph 95 are denied for lack of sufficient information to justify a belief therein.

96.

The allegations set forth in paragraph 96 are denied for lack of sufficient information to justify a belief therein.

97.

The allegations set forth in paragraph 97 are denied for lack of sufficient information to justify a belief therein.

98.

The allegations set forth in paragraph 98 are denied for lack of sufficient information to justify a belief therein.

99.

The allegations set forth in paragraph 99 are denied for lack of sufficient information to justify a belief therein.

100.

The allegations set forth in paragraph 100 are denied for lack of sufficient information to justify a belief therein.

101.

The allegations set forth in paragraph 101 are denied for lack of sufficient information to justify a belief therein.

102.

The allegations set forth in paragraph 102 are denied for lack of sufficient information to justify a belief therein.

103.

The allegations set forth in paragraph 103 are denied for lack of sufficient information to justify a belief therein.

104.

The allegations set forth in paragraph 104 are denied for lack of sufficient information to justify a belief therein.

105.

The allegations set forth in paragraph 105 are denied for lack of sufficient information to justify a belief therein.

106.

The allegations set forth in paragraph 106 including sub-sections i-vi are denied for lack of sufficient information to justify a belief therein.

107.

The allegations set forth in paragraph 107 are denied for lack of sufficient information to justify a belief therein.

108.

The allegations set forth in paragraph 108 are denied for lack of sufficient information to justify a belief therein.

109.

The allegations set forth in paragraph 109 are denied for lack of sufficient information to justify a belief therein.

110.

The allegations set forth in paragraph 110 are denied for lack of sufficient information to justify a belief therein.

111.

The allegations set forth in paragraph 111 are denied for lack of sufficient information to justify a belief therein.

112.

The allegations set forth in paragraph 112 are denied.

113.

The allegations set forth in paragraph 113 are denied for lack of sufficient information to justify a belief therein.

114.

The allegations set forth in paragraph 114 are denied for lack of sufficient information to justify a belief therein.

115.

The allegations set forth in paragraph 115 are denied for lack of sufficient information to justify a belief therein.

116.

The allegations set forth in paragraph 116 are denied for lack of sufficient information to justify a belief therein.

117.

The allegations set forth in paragraph 117 are denied for lack of sufficient information to justify a belief therein.

118.

The allegations set forth in paragraph 118 are denied for lack of sufficient information to justify a belief therein.

119.

The allegations set forth in paragraph 119 are denied for lack of sufficient information to justify a belief therein.

120.

The allegations set forth in paragraph 120 are denied for lack of sufficient information to justify a belief therein.

121.

The allegations set forth in paragraph 121 are denied for lack of sufficient information to justify a belief therein.

122.

The allegations set forth in paragraph 122 are denied for lack of sufficient information to justify a belief therein.

123.

The allegations set forth in paragraph 123 are denied for lack of sufficient information to justify a belief therein.

124.

The allegations set forth in paragraph 124 are denied for lack of sufficient information to justify a belief therein.

125.

The allegations set forth in paragraph 125 are denied for lack of sufficient information to justify a belief therein.

126.

The allegations set forth in paragraph 126 are denied for lack of sufficient information to justify a belief therein.

127.

The allegations set forth in paragraph 127 are denied for lack of sufficient information to justify a belief therein.

128.

The allegations set forth in paragraph 128 are denied for lack of sufficient information to justify a belief therein.

129.

The allegations set forth in paragraph 129 are denied for lack of sufficient information to justify a belief therein.

130.

The allegations set forth in paragraph 130 are denied for lack of sufficient information to justify a belief therein.

131.

The allegations set forth in paragraph 131 are denied for lack of sufficient information to justify a belief therein.

132.

The allegations set forth in paragraph 132 are denied for lack of sufficient information to justify a belief therein.

133.

The allegations set forth in paragraph 133 are denied for lack of sufficient information to justify a belief therein.

134.

The allegations set forth in paragraph 134 are denied for lack of sufficient information to justify a belief therein.

135.

The allegations set forth in paragraph 135 are denied for lack of sufficient information to justify a belief therein.

136.

The allegations set forth in paragraph 136 are denied for lack of sufficient information to justify a belief therein.

137.

The allegations set forth in paragraph 137 are denied for lack of sufficient information to justify a belief therein.

138.

The allegations set forth in paragraph 138 are denied for lack of sufficient information to justify a belief therein.

139.

The allegations set forth in paragraph 139 are denied for lack of sufficient information to justify a belief therein.

140.

The allegations set forth in paragraph 140 are denied for lack of sufficient information to justify a belief therein.

141.

The allegations set forth in paragraph 141 are denied for lack of sufficient information to justify a belief therein.

142.

The allegations set forth in paragraph 142 including sub-sections i-xxxix are denied for lack of sufficient information to justify a belief therein.

143.

The allegations set forth in paragraph 143 are denied for lack of sufficient information to justify a belief therein.

144.

The allegations set forth in paragraph 144 are denied for lack of sufficient information to justify a belief therein.

145.

The allegations set forth in paragraph 145 are denied for lack of sufficient information to justify a belief therein.

146.

The allegations set forth in paragraph 146 are denied for lack of sufficient information to justify a belief therein.

147.

The allegations set forth in paragraph 147 are denied for lack of sufficient information to justify a belief therein.

148.

The allegations set forth in paragraph 148 are denied for lack of sufficient information to justify a belief therein.

149.

The allegations set forth in paragraph 149 are denied for lack of sufficient information to justify a belief therein.

150.

The allegations set forth in paragraph 150 are denied for lack of sufficient information to justify a belief therein.

151.

The allegations set forth in paragraph 151 are denied for lack of sufficient information to justify a belief therein.

152.

The allegations set forth in paragraph 152 are denied for lack of sufficient information to justify a belief therein.

153.

The allegations set forth in paragraph 153 are denied for lack of sufficient information to justify a belief therein.

154.

The allegations set forth in paragraph 154 are denied for lack of sufficient information to justify a belief therein.

155.

The allegations set forth in paragraph 155 are denied for lack of sufficient information to justify a belief therein.

156.

The allegations set forth in paragraph 156 are denied for lack of sufficient information to justify a belief therein.

157.

The allegations set forth in paragraph 157 are denied.

158.

The allegations set forth in paragraph 158 are denied.

159.

The allegations set forth in paragraph 159 are denied.

Misnumbered paragraph 86.

The allegations set forth in this paragraph are denied.

Misnumbered paragraph 87.

The allegations set forth in this paragraph are denied.

160.

The allegations set forth in paragraph 160 are denied.

161.

The allegations set forth in paragraph 161 are denied.

162.

The allegations set forth in paragraph 162 are denied.

163.

The allegations set forth in paragraph 163 are denied for lack of sufficient information to justify a belief therein.

164.

The allegations set forth in paragraph 164 are denied.

165.

The allegations set forth in paragraph 165 are denied.

166.

The allegations set forth in paragraph 166 are denied.

167.

The allegations set forth in paragraph 167 are denied.

168.

The allegations set forth in paragraph 168 are denied.

169.

The allegations set forth in paragraph 169 are denied for lack of sufficient information to justify a belief therein.

170.

The allegations set forth in paragraph 170 are denied.

171.

The allegations set forth in paragraph 171 are denied.

172.

The allegations set forth in paragraph 172 are denied.

173.

The allegations set forth in paragraph 173 are denied.

174.

The allegations set forth in paragraph 174 are denied.

175.

The allegations set forth in paragraph 175 are denied for lack of sufficient information to justify a belief therein.

176.

The allegations set forth in paragraph 176 are denied.

177.

The allegations set forth in paragraph 177 are denied.

178.

The allegations set forth in paragraph 178 are denied.

179.

The allegations set forth in paragraph 179 are denied.

180.

The allegations set forth in paragraph 180 are denied.

181.

The allegations set forth in paragraph 181 are denied.

182.

The allegations set forth in paragraph 182 are denied.

183.

The allegations set forth in paragraph 183 are denied for lack of sufficient information to justify a belief therein.

184.

The allegations set forth in paragraph 184 are directed at OPDA and do not require a response from Defendants.  To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

185.

The allegations set forth in paragraph 185 are directed at OPDA and do not require a response from Defendants.  To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

186.

The allegations set forth in paragraph 186 are directed at OPDA and do not require a response from Defendants.  To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

187.

The allegations set forth in paragraph 187 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

188.

The allegations set forth in paragraph 188 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

189.

The allegations set forth in paragraph 189 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

190.

The allegations set forth in paragraph 190 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

191.

The allegations set forth in paragraph 191 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

192.

The allegations set forth in paragraph 192 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

193.

The allegations set forth in paragraph 193 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

194.

The allegations set forth in paragraph 194 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

195.

The allegations set forth in paragraph 195 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

196.

The allegations set forth in paragraph 196 are directed at OPDA and do not require a response from Defendants. To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

197.

The allegations set forth in paragraph 197 are directed at OPDA and do not require a response from Defendants.  To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

198.

The allegations set forth in paragraph 198 are denied for lack of sufficient information to justify a belief therein.

199.

The allegations set forth in paragraph 199 are denied.

200.

The Defendants admit that the superintendent of police was the final policymaker for the policies and procedures of the NOPD.  All other allegations are denied for lack of sufficient information to justify a belief therein.

201.

The Defendants admit that officers of the NOPD were to follow the policies and procedures of the NOPD.  All other allegations are denied for lack of sufficient information to justify a belief therein.

202.

The allegations set forth in paragraph 202 are denied.

203.

The allegations set forth in paragraph 203 are denied.

204.

The allegations set forth in paragraph 204 are denied.

205.

The allegations set forth in paragraph 205 are denied.

206.

The allegations set forth in paragraph 206 are denied.

207.

The allegations set forth in paragraph 207 are denied.

208.

The allegations set forth in paragraph 208 are denied.

209.

The allegations set forth in paragraph 209 are denied.

210.

The allegations set forth in paragraph 210 are denied.

211.

The allegations set forth in paragraph 211 are denied for lack of sufficient information to justify a belief therein.

212.

The allegations set forth in paragraph 212 are not addressed to any particular defendant and do not require an answer.  Defendants state that the Louisiana Constitution speaks for itself.

213.

The allegations set forth in paragraph 213 are denied.

214.

The allegations set forth in paragraph 214 are denied.

215.

The allegations set forth in paragraph 215 are denied for lack of sufficient information to justify a belief therein.

216.

The allegations set forth in paragraph 216 are denied for lack of sufficient information to justify a belief therein.

217.

The allegations set forth in paragraph 217 are directed at OPDA and do not require a response from Defendants.  To the extent that a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

218.

The allegations set forth in paragraph 218 are denied.

219.

The allegations set forth in paragraph 219 are denied.

220.

The allegations set forth in paragraph 220 are denied.

221.

The allegations set forth in paragraph 221 are denied for lack of sufficient information to justify a belief therein.

222.

The allegations set forth in paragraph 222 are denied.

223.

The allegations set forth in paragraph 223 are denied.

224.

The allegations set forth in paragraph 224 are denied.

225.

The allegations set forth in paragraph 225 are denied for lack of sufficient information to justify a belief therein.

226.

The allegations set forth in paragraph 226 are denied for lack of sufficient information to justify a belief therein.

227.

The allegations set forth in paragraph 227 are denied.

## PRAYER FOR RELIEF

The allegations contained in the prayer for relief are denied.

## RESERVATION OF RIGHTS

To the extent permitted by law, Defendants herein reserve their right to supplement and amend this answer and to assert additional affirmative defenses as future discovery may warrant and require.

**WHEREFORE**, Defendants pray that, after due proceedings are had, judgment be rendered in favor of Defendants, dismissing Plaintiff's Complaint at his cost.  Defendants further pray for all other equitable relief appropriate and afforded under the law.

Respectfully submitted:


/s/ *Corwin St. Raymond*
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL:        cmstraymond@nola.gov

*Counsel for Defendants the City of New Orleans*