UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES, | ) |
| | ) |
|     *Plaintiff,* | ) Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CITY OF NEW ORLEANS, *et al.* | ) |
| | ) Judge Barry W Ashe |
|     *Defendants.* | ) Magistrate Judge Karen Wells Roby |
| | ) |
| | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE**

**<u>THE ESTATE OF JOHN RONQUILLO</u>**

Plaintiff Larry Moses, by and through his counsel, respectfully seeks 30 additional days to server Karen Swensen, as the administrator of the Estate of John Ronquillo, and states:

1. Plaintiff filed a notice of suggestion of death for Defendant John Ronquillo on October 15, 2024, which began the 90-day clock for substitution. Dkt. 18.

2. On October 15, 2024, Plaintiff moved for an extension of 90 days to complete service, Dkt. 19, in light of the substitution process, moving the deadline to complete service to January 13, 2025. Dkt. 20.

3. Due to the City's motion to dismiss filed on December 9, 2024, counsel sought a second extension of time so he could response to the City's motion by filing an amended complaint and also substitute-in the Succession of former officer John Ronquillo with the amended complaint. That extension was granted and Plaintiff filed his amended complaint on January 24, 2025. Dkt. 30. Karen Swensen is Mr. Ronquillo's widow, and administered his succession. *Id.*

4. Plaintiff filed a third extension on February 24th, and in an attached declaration

informed the Court of the efforts made to serve Ms. Swensen—which included five attempts at service, phone calls, and a costly stake-out of Ms. Swensen's home. Dkt. 36-2.

5. Since then, Plaintiff, in continuing these efforts, made three more attempts at service on February 27th, February 28th, and March 1st and sent a text message to Ms. Swensen. A car in the driveway and a ring camera that appears to be on at her home have suggested that Ms. Swensen is evading service.

6. On March 3, 2025, Plaintiff attempted to enlist counsel for the City Defendants to attempt to help with service, and provided Ms. Swensen's cell phone number and address.

7. Plaintiff's counsel and Counsel for the City Defendants spoke about these matters on March 19, 2025, and City Defendants agreed to make additional efforts. Yesterday, counsel for the City Defendants indicated they have likewise been unsuccessful.

8. As a result, Plaintiff will resume efforts to personally serve Ms. Swensen.

9. City Defendants do not oppose this motion.

10. In light of the foregoing, Plaintiff respectfully requests an additional 30-day extension of time, until April 24, 2025, to complete service upon the Succession of John Ronquillo via his widow, Karen Swensen.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY

        311 N. Aberdeen St 3FL
        Chicago IL 60607
        c/o Civil Rights and Justice Clinic
        University of Washington Law School
        William H. Gates Hall, Suite 265
        P.O. Box 85110, Seattle, WA 98145-1110
        david@loevy.com
        **admitted pro hac vice*
        William Most, La. Bar No. 36914
        Caroline Gabriel, La. Bar No. 38224
        MOST & ASSOCIATES
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        T: (504) 509-5023
        williammost@gmail.com

## **CERTIFICATE OF SERVICE**

    I, David B. Owens, an attorney, hereby certify that on March 28, 2025, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record who have appeared in the case.

        /s/David B. Owens