UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

## ORDER

Considering the unopposed motion of plaintiff Larry Moses for extension of time to serve the estate of John Ronquillo (R. Doc. 45),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff Larry Moses shall have an additional 30 days, or until April 24, 2025, to complete service upon the estate of John Ronquillo.

New Orleans, Louisiana, this 31st of March, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE