UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| CITY OF NEW ORLEANS, *et al.* | ) | |
| | ) | Judge Barry W Ashe |
| *Defendants.* | ) | Magistrate Judge Karen Wells Roby |
| | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO SERVE
THE ESTATE OF JOHN RONQUILLO**

Plaintiff Larry Moses, by and through his counsel, moves for an extension of 45 days to complete service upon Karen Swensen, as the administrator of the Estate of John Ronquillo, and states:

1. Plaintiff filed a notice of suggestion of death for Defendant John Ronquillo on October 15, 2024, which began the 90-day clock for substitution. Dkt. 18.

2. On October 15, 2024, Plaintiff moved for an extension of 90 days to complete service, Dkt. 19, in light of the substitution process, moving the deadline to complete service to January 13, 2025. Dkt. 20.

3. Due to the City's motion to dismiss filed on December 9, 2024, counsel sought a second extension of time so he could response to the City's motion by filing an amended complaint and also substitute-in the Succession of former officer John Ronquillo with the amended complaint. That extension was granted and Plaintiff filed his amended complaint on January 24, 2025. Dkt. 30. Karen Swensen is Mr. Ronquillo's widow, and administered his succession. *Id.*

1

4. Plaintiff filed a third extension on February 24th, and in an attached declaration informed the Court of the efforts made to serve Ms. Swensen—which included five attempts at service, phone calls, and a costly stake-out of Ms. Swensen's home. Dkt. 36-2.

5. Plaintiff filed a fourth extension on March 28th in which he further informed the Court that he had sought assistance from counsel for the City to serve Ms. Swensen, that the City's attempts were unsuccessful, and that Plaintiff would continue efforts to personally serve Ms. Swensen. Dkt. 45.

6. Plaintiff has remained diligent in the past month. On April 1st, counsel for Plaintiff hired an additional private investigator to begin work on this, beyond the process server that had previously been attempting service. Since that date, the private investigator has spent numerous hours surveilling Ms. Swensen's residence, including on April 5th, several times the week of April 7th, April 14th, several times the week of April 15th, and on April 24th. Until April 24th, Ms. Swensen's car was not present outside her home each time the investigator performed surveillance.

7. The investigator performed an in-depth digital search to determine whether Ms. Swensen has a second residence, but there is no indication this is the case. Rather, it is believed that Ms. Swensen was out of town prior to April 24th, due to her car being absent prior to that date.

8. Due to Ms. Swensen's prior evasion of service over the past several months (on multiple occasions in February and March, there were indications that Ms. Swensen was inside the residence when the process server attempted to serve her; Plaintiff's counsel has called and left voicemails, and texted Ms. Swensen several times; counsel for the City have attempted to make contact), Plaintiff suspects the only effective means of service will be serving Ms.

2

Swensen as she is exiting or entering her residence, which may require several more hours or surveillance.

9. Plaintiff requests an additional 45 days, until June 9th, to serve Ms. Swensen.

10. Defendants do not oppose this motion.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

## CERTIFICATE OF SERVICE

    I, David B. Owens, an attorney, hereby certify that on April 24, 2025, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/David B. Owens