UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES ) | |
| ) | |
|     *Plaintiff,* ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. ) | |
| ) | Judge Barry W Ashe |
| CITY OF NEW ORLEANS, *et al.* ) | Magistrate Judge Karen Wells Roby |
| ) | |
|     *Defendants.* ) | **[PROPOSED] ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION TO EXTEND** |
| ) | **TIME TO SERVE THE ESTATE OF** |
| ) | **JOHN RONQUILLO** |
| ) | |

THIS COURT, having reviewed Plaintiff's Motion to Extend Time to Serve the Estate of Defendant John Ronquillo,

HEREBY ORDERS that the motion is GRANTED, and that the deadline for Plaintiff to complete service upon the Estate of John Ronquillo is hereby extended by 45 days, to June 9, 2025.

Entered on this ___ Day of April 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE