UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES                                              CIVIL ACTION

VERSUS                                                   NO. 24-1768

CITY OF NEW ORLEANS, *et al.*                            SECTION M (4)

**ORDER**

Considering the unopposed motion of plaintiff Larry Moses to extend time to serve the estate of John Ronquillo (R. Doc. 48),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff Larry Moses shall have an additional 45 days, or until June 9, 2025, to complete service upon the estate of John Ronquillo.

New Orleans, Louisiana, this 25th day of April, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE