UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

**ORDER**

A review of the record indicates that service of the complaint has not been made upon defendants John Ronquillo, Succession of John Ronquillo, Patrick Jones, and the Succession of Patrick Jones. Accordingly,

IT IS ORDERED that on or before **September 15, 2025**, plaintiff shall file into the record proof of service, or show good cause, in writing, why service of process has not been effected in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to comply with this order may result in the defendants' dismissal, without further notice, for failure to prosecute.

In addition, further review of the record indicates that service of the complaint has been made upon defendants Wayne Rumore and James Anderson, and the time to file responsive pleadings has expired. Accordingly,

IT IS FURTHERED ORDERED that on or before **September 15, 2025**, the plaintiff shall obtain responsive pleadings or preliminary defaults on these defendants. Failure to do so will result in the defendants' dismissal, without further notice, for failure to prosecute.

New Orleans, Louisiana, this 25th day of August, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE