UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES, | ) |
|     *Plaintiff,* | ) Civil Action No. 2:24-cv-1768-BWA-KWR |
| v. | ) |
| | ) Section M |
| The CITY OF NEW ORLEANS, WAYNE RUMORE, former New Orleans Police Detective, JOHN RONQUILLO and THE SUCCESSION OF JOHN RONQUILLO, former New Orleans Police Detective, PATRICK JONES, and THE SUCCESSION OF PATRICK JONES, former New Orleans Police Detective Sergeant, JAMES ANDERSON, former New Orleans Police Detective Sergeant, and JASON R. WILLIAMS, Orleans Parish District Attorney, | ) Judge Barry W Ashe ) ) Division 4 ) Magistrate Judge Karen Wells Roby |
|     *Defendants.* | ) |

## PLAINTIFF'S RESPONSE TO COURT ORDER

Comes now Plaintiff, by and through his counsel, in response to the Court's order, Dkt. 50, hereby states:

1. The operative complaint in this matter is the First Amended Complaint (FAC). Dkt. 30.

2. Defendant Jason Williams filed a motion to dismiss FAC, Dkt. 34, as did the City of New Orleans. Dkt. 35.

3. This Court denied those motions. Dkt. 42.

4. Thereafter, Jason Williams Answered the complaint. Dkt 43.

1

5. The City Defendants who have been served—the City of New Orleans, Defendant Rumore, and Defendant Anderson—Answered the complaint as well. Dkt. 44.

6. As the Court has been apprised, certain defendants are deceased and Plaintiff had difficulty serving John Ronquillo (who is deceased), the succession of John Ronquillo (whose succession is run by his wife and who appears to be evading service). *E.g.*, Dkt. 45, Dkt. 48.

7. This Court has now ordered that Plaintiff file a proof of service or show good cause for why service has not been effectuated for John Ronquillo, the Succession of John Ronquillo, Patrick Jones, and the Succession of Patrick Jones. Dkt. 50. Without such a showing, these parties may be dismissed. *Id.*

8. Plaintiff agrees John Ronquillo, the Succession of John Ronquillo, Patrick Jones, and the Succession of Patrick Jones may be dismissed (without prejudice).

9. This Court's order also noted that the time for filing responsive pleadings by Defendants Rumore and Anderson has expired. *Id.* The Court also required that Plaintiff shall obtain responsive pleadings or preliminary defaults on these defaults on or before September 15, 2025. *Id.*

10. Following this Court's order, the parties conferred about this issue.

11. Defendants Rumore and Anderson have, in fact, already answered the FAC, albeit with the City of New Orleans. Dkt. 44.

12. Plaintiff believes that the operative parties in this matter are set; that no further defendants need to be served or to answer the FAC.

13. Accordingly, Plaintiff respectfully asks this to set a preliminary scheduling conference pursuant to Federal Rule of Civil Procedure 16, triggering the parties' obligations under Rule 26, and commencing discovery.

Respectfully submitted,

/s/David B. Owens

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St 3FL
Chicago IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
*admitted pro hac vice

/s/ Caroline Gabriel
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
985-441-9355
Caroline.gabriel.ma@gmail.com