UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY MOSES                                                                                   CIVIL ACTION

VERSUS                                                                                         NO. 24-1768

CITY OF NEW ORLEANS, *et al.*                                                  SECTION M (4)

**ORDER**

Considering the Court's order to show cause (R. Doc. 50) and the plaintiff's response thereto (R. Doc. 51),

IT IS ORDERED that defendants John Ronquillo, Succession of John Ronquillo, Patrick Jones, and the Succession of Patrick Jones are hereby dismissed without prejudice.

IT IS FURTHERED ORDERED that the plaintiffs request for a scheduling conference is GRANTED. A Scheduling Conference will be held by telephone on **October 8, 2025, at 3:00 p.m.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager. All parties are to call into the conference call at (833) 990-9400, Access Code: 281438922.

New Orleans, Louisiana, this 17th day of September, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE