MINUTE ENTRY
OCTOBER 8, 2025
ASHE, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

The scheduling conference previously set for October 8, 2025, at 3:00 p.m., was converted into a status conference with the participation of Caroline Gabriel on behalf of plaintiff, Larry Moses; Corwin St. Raymond on behalf of defendant, the City of New Orleans; and Raley Alford on behalf of defendant Jason Williams, District Attorney of Orleans Parish.

The status of the case was discussed, and the parties agreed to an administrative stay of the case.

Accordingly,

IT IS ORDERED that the captioned matter is STAYED and ADMINISTRATIVELY CLOSED. Any party may seek to reopen the case upon written motion, when appropriate.

JS10 (00:07)