MINUTE ENTRY
VAN MEERVELD
April 15, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES, | * | CIVIL ACTION |
|     *Plaintiff* | * | NO.   24-1768 |
| | * | |
| VERSUS | * | SECTION: "M" (4) |
| | * | |
| CITY OF NEW ORLEANS, ET AL., | * | JUDGE BARRY W. ASHE |
|     *Defendants* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KAREN WELLS ROBY |

A joint conference was held on March 19, 2026, at 9:00 a.m. to discuss the possibility of a global settlement in the following cases:

- 22-cv-1550, Smith v. Williams et al
- 22-cv-5097, Jones v. Williams et al
- 22-cv-4614, Reeder v. Williams et al
- 23-cv-1922, Williams v. Williams et al
- 23-cv-3104, Dent v. Williams et al
- 23-cv-4352, Walter v. New Orleans City et al
- 23-cv-5280, Toca v. Williams
- 24-cv-423, Brown v. Williams
- 24-cv-1768, Moses v. City of New Orleans et al
- 24-cv-1870, Davis v. City of New Orleans et al

PARTICIPANTS:   Chloé Chetta, Herbert Larson, Hannah Lommers-Johnson, Raley Alford, Corwin St. Raymond, Gwyneth O'Neill, Christopher Murell, William Most, Alison Leff (by video), David Shanies (by video).

Thereafter, counsel and the Court continued settlement discussions by telephone through April 14, 2026. The parties are unable to negotiate a settlement at this time. Counsel are to contact

the undersigned if further assistance from the Court would be helpful.

Janis van Meerveld
United States Magistrate Judge

MJSTAR: 00:20