UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MOSES | CIVIL ACTION |
| VERSUS | NO. 24-1768 |
| THE CITY OF NEW ORLEANS, *et al.* | SECTION M (4) |

**ORDER**

Considering the plaintiff's *ex parte* motion to lift stay (R. Doc. 55),

IT IS ORDERED that the motion is GRANTED, and the stay of this matter is lifted.

The case manager will hold a telephone scheduling conference on October 20, 2026, at 9:30 a.m., to select new dates for the trial and the pretrial conference, as well as other pretrial deadlines. All parties are to call into the conference at (833) 990-9400, Access Code: 281438922.

New Orleans, Louisiana, this 9th day of October, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE