UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) | |
| | ) | |
| Vance JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, et al. | ) | Judge Barry W Ashe<br>Magistrate Judge Karen Wells Roby |
| | ) | |
| *Defendants.* | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***
**FOR CHUN HIN TSOI**

NOW COMES William Most, a member of the bar of this Court and counsel of record for Plaintiff Larry Moses, seeking an order permitting Chun Hin Tsoi (Wa. Bar Roll No. 65575), of the Civil Rights and Justice Clinic, to enter his appearance for Plaintiff Larry Moses. Mr. Tsoi's address is University of Washington Law School, William H. Gates Hall, Suite 265, P.O. Box 85110, Seattle, WA 98145, and his phone number is (312) 243-5900.

Pursuant to Local Rule 83.2.5, attached hereto as Exhibit 1 is a recent certificate of good standing for Mr. Tsoi from the Supreme Court of the State of Washington; attached as Exhibit 2 is the declaration of Mr. Tsoi; and attached as Exhibit 3 is the completed Consent to Electronic Filing Form.

WHEREFORE, William Most respectfully requests that this Court enter an order granting Mr. Tsoi permission to enter his *pro hac vice* appearance and to appear as co-counsel for Plaintiff.

Respectfully submitted,

/s/William Most
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224

MOST & ASSOCIATES
201 St. Charles Ave., Ste 2500, #9685
New Orleans, LA 70170
T: (504) 509- 5023
williammost@gmail.com