UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MOSES | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:24-cv 1768-BWA-KWR |
| v. | ) | |
| | ) | |
| Vance JASON R. WILLIAMS, in his | ) | Judge Barry W Ashe |
| official capacity as Orleans Parish | ) | Magistrate Judge Karen Wells Roby |
| District Attorney, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |

**[PROPOSED] ORDER**

Considering the foregoing Motion for Admission Pro Hac Vice,

**IT IS ORDERED** that attorney **Chun Hin Tsoi** be enrolled as counsel for Plaintiff in the above-captioned matter.

Signed in New Orleans, Louisiana, this ___ day of ______________, 2026.

________________________________
JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA